## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
COLLEEN GRAHAM,                         )
                                        )
            Plaintiff,                  )
                                        )        Civil Action No.  14-13154
      v.                                )
                                        )
CENTRAL MOTORS, INC. OF NORWOOD, and    )
SANTANDER CONSUMER USA, INC.            )
                                        )
            Defendants.                 )
_____)

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Santander Consumer USA, Inc. ("Santander"), for Chrysler Capital LLC, hereby gives notice of the removal of the action styled *Colleen Graham v. Central Motors, Inc. of Norwood and Chrysler Capital, LLC*, bearing Civil Action No. ESCV2014-00893 (the "State Court Action") from the Essex Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.  In support of this Notice of Removal, Santander states as follows:

**I.      GROUNDS FOR REMOVAL**

1.      28 U.S.C. § 1441 establishes when an action is removable.  Section 1441(a) states that "any civil action brought in a state of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2.      This Court's subject matter jurisdiction and Santander's basis for removal are

founded upon federal question jurisdiction. *See* 28 U.S.C. § 1331. Section 1331 provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The State Court Action involves claims against Santander that arise under the laws of the United States, including the "FTC Holder Rule," 16 C.F.R 433, et seq.

3.      Venue is proper in this district under 28 U.S.C. § 1441(a) because the court where the State Court Action is pending is located in this district.

## II.      REMOVAL IS TIMELY

4.      28 U.S.C. § 1446 establishes the time frame and procedure to properly effectuate removal.

5.      28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceedings shall be filed within thirty days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

6.      Plaintiff Colleen Graham ("Plaintiff") served her Complaint on Santander on July 2, 2014. Less than thirty days have elapsed since then. This Notice of Removal is, therefore, timely filed.

## III.     ALL OTHER PROCEDURES FOR REMOVAL HAVE BEEN FOLLOWED

7.      28 U.S.C. § 1446(a) requires defendants seeking to remove a civil action to file "a copy of all process, pleadings, and orders served upon such . . . defendants in such action." Attached as **Exhibit A** is a true and accurate copy of the papers served upon Santander in the State Court Action. A certified copy of all records and proceedings filed to date in the State Court Action will be filed in accordance with Local Rule 81.1.

8.      All adverse parties to this action have been provided with written notice of the filing of this removal, as required by 28 U.S.C. § 1446(d), as evidenced by the attached Certificate of Service and by Notice to Party of Removal directed to Plaintiff and which will be promptly filed in the State Court Action.  A copy of the Notice to Party of Removal to be filed in the Essex Superior Court on this date (without exhibits) is attached hereto as **Exhibit B**.

9.      Pursuant to 28 U.S.C. § 1446(d), Santander will promptly notify the Essex Superior Court, of the filing of this Notice.  A copy of the Notice to State Court of Removal to be filed in the Essex Superior Court on this date (without attachments) is attached hereto as **Exhibit C**.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant Santander Consumer USA, Inc. hereby removes to this Court the action styled *Colleen Graham v. Central Motors, Inc. of Norwood and Chrysler Capital, LLC*, bearing Civil Action No. ESCV2014-00893  from the Essex Superior Court.

Respectfully submitted,

**SANTANDER CONSUMER USA, INC., for Chrysler Capital, LLC,**

By its attorneys,

/s/ Ben N. Dunlap

_____
Ben Dunlap (BBO # 661648)
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
Phone: (617) 502-8205
Fax:    (617) 502-8201
ben.dunlap@leclairryan.com

Dated: July 29, 2014

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2014, a copy of the foregoing was served, via

U.S. mail, postage prepaid, on the following:

Thomas Beauvais, Esq.
PO Box 761235
Melrose, MA 02176

By  /s/ Ben N. Dunlap_____